FREDERICK W. I. LUNDY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted June 13, 1933; decided July 11, 1933.)

*Arthur J. W. Hilly*, Corporation Counsel (*Robert J. Culhane* and *Rollin H. Reid* of counsel), for appellant.

*Charles J. Nehrbas* and *Maurice W. Monheimer* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.